[Cite as *State v. Stychno*, 2022-Ohio-4063.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## TRUMBULL COUNTY

| | |
|---|---|
| STATE OF OHIO,<br>CITY OF WARREN,<br><br>               Plaintiff-Appellee,<br><br>- vs -<br><br>CATHERINE STYCHNO,<br><br>               Defendant-Appellant. | **CASE NO. 2022-T-0086**<br><br><br>Criminal Appeal from the<br>Warren Municipal Court<br><br><br>Trial Court No. 2021 TRC 002039 |

**M E M O R A N D U M**
**O P I N I O N**

Decided: November 14, 2022
Judgment:   Appeal dismissed

*Enzo Cantalamessa*, Warren City Law Director, 141 South Street, S.E., Warren, OH 44481 (For Plaintiff-Appellee).

*Catherine Stychno,* pro se, Trumbull County Sheriff's Office, 150 High Street, N.W., Warren, OH 44481 (Defendant-Appellant).

MATT LYNCH, J.

{¶1}    Appellant, Catherine Stychno, filed a pro se notice of appeal with the Warren Municipal Court on August 18, 2022.  No judgment entry was attached to the notice of appeal, but the notice indicates that appellant appeals an August 12, 2022 entry in Warren M.C. No. 2021 TRC 002039.

{¶2}    The trial court docket reflects that appellant was found guilty of driving while under the influence on February 7, 2022.  She violated probation and was resentenced

on May 3, 2022. The last entry on the docket is from June 13, 2022, where appellant's motion for early release was denied.

{¶3} A copy of the judgment entry or entries being appealed shall be attached to an appellant's notice of appeal. Loc.R. 3(C)(2).

{¶4} Appellant failed to attach a copy of the entry for which she appeals pursuant to Loc.R. 3(C)(2). Further, there is no August 12, 2022 entry listed on the trial court docket as referenced by appellant.

{¶5} Accordingly, the appeal is hereby sua sponte dismissed.


CYNTHIA WESTCOTT RICE, J.,

JOHN J. EKLUND, J.,

concur.

Case No. 2022-T-0086